INN - PROB 22
Rev. 05/04

## TRANSFER OF JURISDICTION

08 CR 262

| DOCKET NUMBER (Tran. Court) |
|---|
| 0755 2:06CR00048 |

DOCKET NUMBER (Rec. Court)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Steven Khaaliq Sampson | Northern District Of Indiana | Hammond |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Rudy Lozano |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 03/09/2007 | 03/08/2009 |

OFFENSE
IMPORTING/MANUFACTURING FIREARMS

JUDGE LINDBERG

MAGISTRATE JUDGE MASON

RECEIVED
MAR 03 2008
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of Illinois _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____ 2/25/08 _____          _____
Date                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ NORTHERN _____ DISTRICT OF _____ ILLINOIS _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
MAR 2 8 2008
NF
March 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____ MAR 2 6 2008 _____          _____ James F. Holderman _____
Effective Date                              United States District Judge